IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NATHAN SOLOMON McFARLAND,          )
#278 843,                          )
                                   )
            Plaintiff,             )
                                   )
vs.                                )     CASE NO. 2:14cv-852-WHA
                                   )
ROBERT BENTLEY, et al.,            )                (WO)
                                   )
            Defendants.            )

**<u>FINAL JUDGMENT</u>**

In accordance with the order of the court entered in this case on this day,

Final Judgment is entered in favor of the Defendants, and against the Plaintiff, Nathan

Solomon McFarland, and this case is DISMISSED without prejudice.

DONE this 29th day of October, 2014.


                              /s/   W. Harold Albritton
                              W. HAROLD ALBRITTON
                              SENIOR UNITED STATES DISTRICT JUDGE